FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 MAR 29 PM 4:21

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 08-25737 WTT |
| --- | --- | --- |
|  | ) | Chapter 7 |
| JEFFREY AUSTIN and | ) |  |
| JULIE AUSTIN, | ) | **DEPOSIT OF FUNDS FOR SMALL** |
|  | ) | **CLAIMS** |
| Debtors | ) |  |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.  The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.  The following creditors were to have received a 00.92% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
| --- | --- | --- |
| 8 | Les Schwab Tire Centers of Utah, Inc.<br>P.O. Box 5350<br>Bend, OR 97708 | $2.58 |



3.      A check in the amount of $2.58 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 29th day of March, 2010.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_____